**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| CRISTINE BLACKMAN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-02177-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'SCOMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Cristine Blackman ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On November 13, 2018, Plaintiff filed her Complaint. On November 15, 2018, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 6, 2018.

KB/86

Trans Union needs additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 20, 2018.

Dated this 6th day of December, 2018

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds, Esq. (Nevada Bar No. 6228)
Trevor Waite, Esq. (Nevada Bar No. 13779)
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

//S// Shaina R. Plaksin
David H. Krieger (Nevada Bar No. 9086)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
 *and*
Matthew I. Knepper (Nevada Bar No. 12796)
Miles N. Clark (Nevada Bar No. 13848)
Shaina R. Plaksin (Nevada Bar No. 13935)
Knepper & Clark, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
Shaina.Plaksin@knepperclark.com
*Counsel for Plaintiff*

# ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated: December 7, 2018

_____
UNITED STATES MAGISTRATE JUDGE

\\atms-fs2\data\kurt.grp\Teri\Blackman JT Stip for Extension of Time.doc

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

KB/86