| | |
|---|---|
| 1 | BRYAN CAVE LEIGHTON PAISNER LLP |
| | Sean K. McElenney |
| 2 | Nevada State Bar No. 9122 |
| | Two North Central Avenue, Suite 2100 |
| 3 | Phoenix, Arizona 85004-4406 |
| | Telephone: (602) 364-7000 |
| 4 | Fax: (602) 364-7070 |
| | E-Mail: skmcelenney@bclplaw.com |
| 5 | |
| 6 | BROWNSTEIN HYATT FARBER SCHRECK |
| | Arthur A. Zorio |
| 7 | Nevada State Bar No. 6547 |
| | 5371 Kietzke Lane |
| 8 | Reno, Nevada 89511 |
| | Telephone: (775) 398-3812 |
| 9 | Fax: (775) 333-8175 |

Attorneys for Defendant Ocwen Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cristine Blackman, | No. 2:18-cv-02177-JCM-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |
| vs. | |
| Ocwen Loan Servicing, LLC; Experian Information Solutions, Inc.; and TransUnion LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Cristine Blackman and Defendant Ocwen Loan Servicing, LLC ("Defendant"), hereby stipulate to extend the deadline for Defendant to respond to the Complaint to January 11, 2019. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

12368649.1\2400765

RESPECTFULLY SUBMITTED this 21st day of December, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By */s/ Sean K. McElenney*
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

BROWNSTEIN HYATT FARBER SCHRECK

Arthur R. Zorio, Esq.
5371 Kietzke Lane
Reno, Nevada 89511

Attorneys for Ocwen Loan Servicing, LLC.

KNEPPER & CLARK LLC

By *s/Matthew I. Knepper (w/permission)*
Matthew I. Knepper
Miles N. Clark
Shaina R. Plaksin
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

HAINES & KRIEGER, LLC
David H. Krieger, Esq.
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123

Attorneys for Plaintiff

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge
December 21, 2018

12368649/2400765

2