Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINE BLACKMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>        Defendants. | Case No.: 2:18-cv-02177-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC** |

Plaintiff Cristine Blackman and Defendant Ocwen Loan Servicing, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC - 1

R. Civ. P. 41 (a)(2).  This dismissal settled all of Plaintiff's claims and matter is fully resolved.

Each party shall bear its own attorney's fees and costs of suit.

     IT IS SO STIPULATED.
     Dated March 7, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89129 | Email: asharples@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| | Katherine A. Neben, Esq. |
| **HAINES & KRIEGER LLC** | Nevada Bar No. 14590 |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |
| **BROWNSTEIN HYATT FARBER SCHRECK LLP** | |
| /s/ *Arthur A. Zorio* | |
| Arthur A. Zorio, Esq. | |
| 5371 Kietzke Lane | |
| Reno, NV 89511 | |
| Email: RenoIDFilings@bhfs.com | |
| | |
| **BRYAN CAVE LEIGHTON PAISNER LLP** | |
| Sean K. McElenney, Esq. | |
| Two North Central Ave., #2100 | |
| Phoenix, AZ 85004 | |
| Email: skmcelenney@bclplaw.com | |
| | |
| *Counsel for Defendant* | |
| *Ocwen Loan Servicing, LLC* | |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC - 2

*Blackman v. Ocwen Loan Servicing LLC et al*
Case No. 2:18-cv-02177-JCM-NJK

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, WITH

# PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 8, 2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC - 3