Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTINE BLACKMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:18-cv-02177-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Cristine Blackman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Experian to be

STIPULATION AND ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 1

determined by the Court, and Experian is the only remaining defendant. Plaintiff hereby stipulates that all of her claims and causes of action against Experian, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

     IT IS SO STIPULATED.
     Dated June 4, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89148 | Email: asharples@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| Email: shaina.plaksin@knepperclark.com | Katherine A. Neben, Esq. |
| | Nevada Bar No. 14590 |
| **HAINES & KRIEGER LLC** | 3161 Michelson Drive |
| David H. Krieger, Esq. | Irvine, CA 92612 |
| Nevada Bar No. 9086 | Email: kneben@jonesday.com |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | *Counsel for Defendant* |
| Email: dkrieger@hainesandkrieger.com | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |

**ORDER GRANTING STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**

     **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

     DATED June 6, 2019.

STIPULATION AND ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 2